1052

[No. 33041-5-II.  Division Two.  August 29, 2006.]

JUAN MIGUEL AMAYA ET AL., *Appellants*, v. J&G & SON CONSTRUCTION, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-06689-7, Joe Gordon, J. Pro Tem., entered March 22, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Houghton and Penoyar, JJ.

[No. 33418-6-II.  Division Two.  August 29, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ALVIE MARLOW, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 03-1-00644-5, Richard L. Brosey, J., entered June 21, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Armstrong and Penoyar, JJ.

[No. 33501-8-II.  Division Two.  August 29, 2006.]

JOHN RICHARDSON, *Respondent*, v. VICKIE HULL, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 01-2-00674-4, Nelson E. Hunt, J., entered July 8, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Hunt and Van Deren, JJ.

[No. 33578-6-II.  Division Two.  August 29, 2006.]

KENNETH BECKFORD ET AL., *Appellants*, v. THE CITY OF TENINO ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-2-00820-5, Paula Casey, J., entered July 15, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Houghton and Penoyar, JJ.